IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ACH FOOD COMPANIES, INC.,

vs.

No. 04-2589-B/V
(Consolidated)

WISCON CORP.,

ACH FOOD COMPANIES, INC.,

vs.

No. 04-2892-B/V

WISCON CORP.,

## ORDER OF TRANSFER

On July 12, 2005, District Judge Jon P. McCalla entered an order transferring Nacco Materials Handling Group, Inc., et al. v. The Lilly Company and Mid South Lift Trucks, No. 05-2165, to the undersigned. In order to maintain parity among the judges, the above matter is hereby transferred to Judge McCalla. The parties shall, on all pleadings and correspondence related to this matter, change the judge's initials in the case number **from 04-2589-B/V to 04-2589-Ml/V**.

**IT IS SO ORDERED** this 21st day of July, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-22-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 90 in case 2:04-CV-02589 was distributed by fax, mail, or direct printing on July 22, 2005 to the parties listed.

---

Charles F. Morrow
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Peter E. Mims
VINSON & ELKINS, L.L.P.
1001 Fannin St.
2300 First City Tower
Houston, TX 77002--676

Lisa M. Martin
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

John J. Edmonds
VINSON & ELKINS, L.L.P.
1001 Fannin St.
2300 First City Tower
Houston, TX 77002--676

JoAnne M. Denison
DENISON & ASSOC., PC
212 W. Washington St.
Ste. 2004
Chicago, IL 60606--160

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Honorable Jon McCalla
US DISTRICT COURT