FILED BY ___ D.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

05 AUG 22 AM 10: 32

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| ACH FOOD COMPANIES, INC., | ) |
| Plaintiff, | ) |
| v. | ) No. 04-2589 Ml/V |
| WISCON CORP., | ) |
| Defendant. | ) |

**ORDER FOLLOWING TELEPHONE CONFERENCE
ORDER SETTING TRIAL SCHEDULE**

A telephone conference was held in this case on August 19, 2005. Plaintiff was represented by Robert Crawford, Esq., Peter Mims, Esq., and John Edmonds, Esq. Defendant was represented by JoAnne Denison, Esq. and Lisa Martin, Esq. Pursuant to the discussion at the conference, the Court hereby sets the following schedule in this case:

Discovery, other than expert discovery, shall be completed by Friday, December 2, 2005.

Initial expert reports shall be disclosed by Friday, January 13, 2006. Rebuttal expert reports shall be disclosed by Monday, February 13, 2006.

All discovery shall be completed by Tuesday, March 15, 2006.

Any dispositive motions shall be filed by Tuesday, March 15, 2006.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  8-22-05

The Court hereby sets the following trial schedule in this case:

Trial: <u>Monday, May 15, 2006, at 9:00 a.m.</u>

Pretrial Conference: <u>Wednesday, May 3, 2006, at 9:00 a.m.</u>

Pretrial Order: <u>Wednesday, April 26, 2006, by 4:30 p.m.</u>

So ORDERED this __A__ day of August, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 94 in case 2:04-CV-02589 was distributed by fax, mail, or direct printing on August 22, 2005 to the parties listed.

---

Lisa M. Martin
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

John J. Edmonds
VINSON & ELKINS, L.L.P.
1001 Fannin St.
2300 First City Tower
Houston, TX 77002--676

Charles F. Morrow
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

JoAnne M. Denison
DENISON & ASSOC., PC
212 W. Washington St.
Ste. 2004
Chicago, IL 60606--160

Peter E. Mims
VINSON & ELKINS, L.L.P.
1001 Fannin St.
2300 First City Tower
Houston, TX 77002--676

Honorable Jon McCalla
US DISTRICT COURT