IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | | |
|---|---|---|
| ACH FOOD COMPANIES, INC., | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 04-2589 Ml/V |
| WISCON CORP., | ) | |
| Defendant. | ) | |

---

## ORDER GRANTING MOTION TO DISMISS WITHOUT PREJUDICE

---

Before the Court is Plaintiff's Unopposed Motion to Dismiss Without Prejudice, filed November 15, 2005. For good cause shown, Plaintiff's Motion to Dismiss is GRANTED with regards to Case No. 04-2589. It is ORDERED that the case is DISMISSED WITHOUT PREJUDICE, with each party to bear its own fees and costs.

So ORDERED this 29 day of November, 2005.

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 11-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 99 in case 2:04-CV-02589 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Charles F. Morrow
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Peter E. Mims
VINSON & ELKINS, L.L.P.
1001 Fannin St.
2300 First City Tower
Houston, TX 77002--676

JoAnne M. Denison
DENISON & ASSOC., PC
212 W. Washington St.
Ste. 2004
Chicago, IL 60606--160

Lisa M. Martin
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

John J. Edmonds
VINSON & ELKINS, L.L.P.
1001 Fannin St.
2300 First City Tower
Houston, TX 77002--676

Honorable Jon McCalla
US DISTRICT COURT