FILED BY _____ D.C.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

05 NOV 30  AM 11: 39

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

ACH FOOD COMPANIES, INC.

**JUDGMENT IN A CIVIL CASE**

VS

WISCON CORP.

**CASE NO: 04-2589 Ml/V**

The parties having agreed upon a settlement:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Order Granting Unopposed Motion to Dismiss Without Prejudice filed November 30, 2005, this case is DISMISSED without prejudice with each party to bear its own fees and costs.

APPROVED:

JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

Nov. 30, 2005
Date

**THOMAS M. GOULD**
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 11-30-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 100 in case 2:04-CV-02589 was distributed by fax, mail, or direct printing on November 30, 2005 to the parties listed.

---

Lisa M. Martin
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

John J. Edmonds
VINSON & ELKINS, L.L.P.
1001 Fannin St.
2300 First City Tower
Houston, TX 77002--676

Robert L. Crawford
WYATT TARRANT & COMBS
P.O. Box 775000
Memphis, TN 38177--500

Peter E. Mims
VINSON & ELKINS, L.L.P.
1001 Fannin St.
2300 First City Tower
Houston, TX 77002--676

Charles F. Morrow
BUTLER SNOW O'MARA STEVENS & CANADA, PLLC
6075 Poplar Ave.
Ste. 500
Memphis, TN 38119

JoAnne M. Denison
DENISON & ASSOC., PC
212 W. Washington St.
Ste. 2004
Chicago, IL 60606--160

Honorable Jon McCalla
US DISTRICT COURT